# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| REX C. STEFFES, CLIFF M. STEFFES, REX R. STEFFES, BRET W. STEFFES, ROBERT J. STEFFES, and W. GARY GRIFFITHS, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 1:10-cv-06266

Judge Robert M. Dow, Jr.

## PLAINTIFF'S AGREED MOTION
## FOR THE ENTRY OF FINAL JUDGMENT
## AGAINST DEFENDANT ROBERT J. STEFFES

By agreement of the parties, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiff, the U.S. Securities and Exchange Commission ("the Commission"), respectfully requests that this Court enter the proposed order of final judgment against Defendant Robert J. Steffes which is attached hereto as Exhibit 1.

1. The Commission has filed a civil complaint against Defendant Robert J. Steffes and others. (*See* Docket No. 1)

2. Defendant Robert J. Steffes has agreed previously to resolve this matter by the entry of a final judgment which: (a) permanently enjoins him from violating Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; and (b) requires him to pay a total of $225,913 in disgorgement of ill-gotten gains, prejudgment interest and a statutory civil penalty. (*See* Exhibit 2, Consent of Robert J. Steffes at ¶ 2(a) – (c).)

3. The proposed judgment order has been reviewed and approved by Defendant Robert J. Steffes and his counsel. (*See* Exhibit 1)

4. Accordingly, the Commission requests that this Court enter the proposed order of Final Judgment as to Defendant Robert J. Steffes.

5. The Commission's case against the other Defendants will continue.

Dated: September 30, 2010.

Respectfully submitted,

  /s/Robert M. Moye
Robert M. Moye (Illinois Bar No. 6225688)
Steven C. Seeger (Illinois Bar No. 6243849)
Scott B. Tandy (Illinois Bar No. 6226214)
U.S. Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604-2615
(312) 353-7390
(312) 353-7398 (FAX)
moyer@sec.gov
seegers@sec.gov
tandys@sec.gov

*Attorneys for Plaintiff, the U.S. Securities and Exchange Commission*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Plaintiff's Agreed Motion for the Entry of Judgment against Defendant Robert J. Steffes** has been served upon the following individuals by email delivery:

Chris Gekas (cjg@gekaslaw.com)
John Gekas (jgekas@gekaslaw.com)
Gekas Law LLP
11 South LaSalle Street
Suite 1700
Chicago, Illinois  60603

*Counsel for Rex C. Steffes, Cliff M. Steffes,*
*Rex R. Steffes, Bret W. Stefffes and Robert J. Steffes*

Thomas E. Bishop (tbishop@tannerbishop.com)
Tanner Bishop
One Independent Drive
Suite 1700
Jacksonville, Florida  32202

*Counsel for W. Gary Griffiths*


                                               ***/s/Robert M. Moye***
                                                    Robert M. Moye