UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Securities and Exchange Commission
                              Plaintiff,

v.                                                 Case No.: 1:10−cv−06266
                                                           Honorable Thomas M. Durkin

Rex C. Steffes, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 2, 2013:

      MINUTE entry before the Honorable Thomas M. Durkin:For the reasons stated orally on the record, defendants' motion for summary judgment [198] is denied. Status hearing held on 12/2/2013. Final Pretrial Conference reset for 1/7/2014 at 08:00 AM. Defendants' Daubert motion is to be filed on or before 12/9/13. Plaintiff's response is due 12/16/13. Defendants' reply due 12/20/13. Plaintiff's Daubert motion is to be filed on or before 12/16/13. Defendants' response is due 12/16/13. Plaintiff's reply is due 12/20/13. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.